IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-01818-RPM
(Criminal Action No. 03-cr-00036-RPM)

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DWAYNE WILSON,

    Defendant.

_____

ORDER DENYING MOTION UNDER 28 U.S.C. § 2255
_____

In his pro se Petition Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody, dated March 29, 2008, first docketed by the Clerk of this Court on August 25, 2008, Dwayne Wilson seeks to vacate his sentence on multiple claims. He contends that the Pre-Sentence Report prepared by the probation office was simply an adoption of a report by the prosecutor's office and that he was denied due process at the sentencing hearing because his attorney did not challenge the report 's claimed inaccuracies. He further claims that the government submitted false information concerning drug evidence and a prior conviction and the court failed to conduct an evidentiary hearing.

Those claims are without merit. The direct appeal resulted in an affirmance of the sentence by an Order and Judgment of the Tenth Circuit Court of Appeals on June 13, 2006, in No. 05-cv-01275-RPM which addressed the sentencing issues.

Wilson claims ineffective assistance of counsel by both his trial and appeal counsel but his allegations are insufficient to support a violation of the Sixth Amendment. He asserts denial of due process of law by the Tenth Circuit Court of Appeals in the direct appeal, issues which this court has no jurisdiction to address.

Wilson's other claims go to trial issues which do not rise to the level of a denial of due process.

Upon the foregoing, it is

ORDERED, that the motion is denied. It is

FURTHER ORDERED that the Clerk shall reopen Civil Action No. 08-cv-01818-RPM and place this order in it and in Criminal Case No. 03-cr-00036-RPM.

DATED: December 11th, 2012

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior Judge