IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-01818-RPM
(Criminal Action No. 03-cr-00036-RPM)

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DWAYNE WILSON,

    Defendant.

_____

ORDER DENYING MOTION FOR CERTIFICATE OF APPEALABILITY, MOTION AND AFFIDAVIT FOR PERMISSION TO APPEAL IN FORMA PAUPERIS AND MOTION FOR RELEASE PENDING REVIEW
_____

On December 11, 2012, an Order entered denying Dwayne Wilson's Motion Under 28 U.S.C. §2255. Dwayne Wilson then filed with the United States Court of Appeals for the Tenth Circuit a Motion for Certificate of Appealability pursuant to 28 U.S.C. §2253(c)2, a Motion and Affidavit for Permission to Appeal In Forma Pauperis and a Motion for Release Pending Review pursuant to Federal Rules of Appellant (sic) Procedure 23(6) and the Clerk of that Court sent to the Clerk of this Court those filings. Because of a review of these filings shows that Mr. Wilson's repeated arguments have all been considered and denied previously and that these filings are frivolous and without merit it is

ORDERED, that the above described motions are denied.

DATED: December 28th, 2012

                                            BY THE COURT:

                                            s/Richard P. Matsch
                                            _____
                                            Richard P. Matsch, Senior Judge